## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McGivney, Meghan M

Printed:  1/29/08

Case Number:  05 B 02771
Judge:  Wedoff, Eugene R
Filed:  1/28/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  November 19, 2007
Confirmed:  March 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,739.00 |  |
| Secured: |  | 4,705.20 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 319.35 |
| Other Funds: |  | 14.45 |
| Totals: | 6,739.00 | 6,739.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 1,700.00 | 1,700.00 |
| 2. | Citizens Bank | Secured | 10,004.44 | 3,930.34 |
| 3. | Monterey Financial Services | Secured | 1,088.42 | 438.07 |
| 4. | Monterey Financial Services | Secured | 870.86 | 336.79 |
| 5. | T Mobile USA | Unsecured | 190.09 | 0.00 |
| 6. | Citizens Bank | Unsecured | 216.10 | 0.00 |
| 7. | Monterey Financial Services | Unsecured | 48.19 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 13.18 | 0.00 |
| 9. | Jefferson Capital | Unsecured | 23.99 | 0.00 |
| 10. | Northern Indiana Public Ser | Unsecured | 21.47 | 0.00 |
| 11. | Monterey Financial Services | Unsecured | 126.83 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 44.85 | 0.00 |
| 13. | Citizens Financial Services | Unsecured |  | No Claim Filed |
| 14. | Comcast | Unsecured |  | No Claim Filed |
| 15. | Monterey Financial Services | Unsecured |  | No Claim Filed |
| 16. | MCI Residential | Unsecured |  | No Claim Filed |
| 17. | SBC | Unsecured |  | No Claim Filed |
| 18. | Comcast | Unsecured |  | No Claim Filed |
| 19. | Illinois Indiana EMI Med Serv | Unsecured |  | No Claim Filed |
| 20. | US Cellular | Unsecured |  | No Claim Filed |
| 21. | St Francis Hospital | Unsecured |  | No Claim Filed |
| 22. | MCI Residential | Unsecured |  | No Claim Filed |
| 23. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 24. | MCI | Unsecured |  | No Claim Filed |
| 25. | Medclr / Emergency 1087 | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McGivney, Meghan M

Printed:  1/29/08

Case Number:  05 B 02771

Judge:  Wedoff, Eugene R

Filed:  1/28/05

_____          _____
$ 14,348.42                $ 6,405.20

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 4% | 40.12 |
| 3% | 23.76 |
| 5.5% | 113.09 |
| 5% | 38.54 |
| 4.8% | 77.62 |
| 5.4% | 26.22 |
| | _____ |
| | $ 319.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: